No. 00–1023.   HALBMAN v. ST. LOUIS COUNTY ET AL.   C. A. 8th Cir.   Motion of individual respondents to substitute Elaine

Otzenberger in place of Ritamarie Otzenberger, deceased, granted. Certiorari denied.